IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CV-261-FL

| | | |
|---|---|---|
| WESLEY T. NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE CURTIS PARADISE, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before May 8, 2017.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket. The parties' request for the court to vacate its order dated March 15, 2017 directing the parties to file a joint status report is deemed moot as it raises no justiciable issue for the court.

SO ORDERED, this 24th day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge