UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| WESLEY T. NEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:15-CV-261-FL** |
| | ) | |
| WAYNE CURTIS PARADISE and | ) | |
| UFP TRANSPORTATION, INC. | ) | |
| Defendants. | ) | |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated March 15, 2017, the defendant UFP Transportation's Motion for Summary Judgment is GRANTED.

**This Judgment Filed and Entered on March 30, 2017, and Copies to:**
Jeffrey S. Miller (via CM/ECF Notice of Electronic Filing)
Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)

DATE: 3/30/2017                              PETER A. MOORE, JR., CLERK

                                             ____*Christa N. Baker*____
                                             (By) Christa N. Baker, Deputy Clerk